1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DARRYL BROWN,                         1:06-cv-01327-OWW-SMS-PC

11              Plaintiff,                 ORDER ADOPTING FINDINGS
                                           AND RECOMMENDATIONS
12        vs.                              (Doc. 13.)

13   DENNIS WARD, et al.,                  ORDER DISMISSING ACTION  FOR
                                           FAILURE TO STATE A CLAIM
14
                Defendants.                ORDER DIRECTING CLERK TO CLOSE CASE
15   _____/

16              Darryl Brown ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19              On October 14, 2008, findings and recommendations were entered, recommending

20   that this action be dismissed based on plaintiff's failure to state a claim upon which relief may be

21   granted under § 1983.   Plaintiff was provided an opportunity to file objections to the findings and

22   recommendations within thirty days.   To date, plaintiff has not filed objections or otherwise

23   responded to the findings and recommendations.

24              In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

25   305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and proper

27   analysis.

28                                              1

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on October 14, 2008, are adopted in full;

2.  This action is dismissed in its entirety, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted; and

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:    December 16, 2008**                           **/s/ Oliver W. Wanger**
                                                                                 UNITED STATES DISTRICT JUDGE

2